# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR359 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANDRE GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Federal Public Defender David R. Stickman and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Andre Griffin (Griffin) (Filing No. 31). Mr. Stickman represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. Stickman's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 31) is granted.

Alan G. Stoler, 1823 Harney Street, #1004, Omaha, NE 68102, (402) 346-1733, is appointed to represent Griffin for the balance of these proceedings pursuant to the Criminal Justice Act.

Mr. Stickman shall forthwith provide Mr. Stoler with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Stickman which are material to Griffin's defense.

The clerk shall provide a copy of this order to Mr. Stoler, and Mr. Stoler shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 16th day of January, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge