IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:13CR359 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDRE GRIFFIN, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

       Pursuant to the memorandum opinion entered herein this date,

       IT IS ORDERED:

       1) The defendant's motion (Filing No. 53) is denied.

       2) The defendant's motion (Filing No. 56) regarding a status update is denied as moot.

       DATED this 7th day of July, 2015.

                                             BY THE COURT:

                                             /s/ Lyle E. Strom

                                             _____
                                             LYLE E. STROM, Senior Judge
                                             United States District Court